# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSUE BARRIENTOS, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil No. 22-2618 TSC ZMF |
| v. | |
| AMERIGAL CONSTRUCTION CO. INC., et al., | |
| Defendants. | |

## JOINT MOTION OF PLAINTIFFS AND FORT MYER CONSTRUCTION CORPORATION TO APPROVE THEIR SETTLEMENT

Plaintiffs and Fort Myer Construction Corporation (collectively, the "Settling Parties") respectfully jointly move for approval of the settlement reached between them in this case concerning allegedly unpaid wages. In support of this Joint Motion, the Settling Parties submit the accompanying memorandum of law and exhibits.

Dated: April 30, 2025                           Respectfully submitted,

/s/ David Rodwin
David Rodwin (90032257)
drodwin@murphypllc.com
Mark Hanna (471960)
mhanna@murphypllc.com
Arlus J. Stephens (478938)
astephens@murphypllc.com
Nicolas Mendoza (1655700)

nmendoza@murphypllc.com
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
tel: (202) 223-2620
fax: (202) 296-9600

*Counsel for Plaintiffs*


/s/ (with permission by D. Rodwin)
Gerard J. Emig (973609)
gemig@gleason-law.com
Gleason, Flynn, Emig, & McAfee, Chartered
11 N Washington Street, Suite 400
Rockville, MD 20850
tel: (301) 294-2110
fax: (301) 294-0737

*Counsel for Defendant Fort Myer*