UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSUE BARRIENTOS**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**AMERIGAL CONSTRUCTION CO. INC.**, *et al.*,<br><br>    Defendant. | Civil Action No. 22-cv-2618 (TSC) (ZMF) |

## ORDER

Plaintiffs filed this action against Defendants Amerigal Construction Co., Inc., Luis Ezequiel, Capitol Paving of D.C., Inc., and Fort Myer Construction Corp. in connection with a wage dispute. The court referred the matter to a Magistrate Judge for full case management up to and including issuance of a Report and Recommendation on any dispositive motions, Apr. 11, 2023 Min. Order, and the matter was randomly referred to Magistrate Judge Faruqui.

On October 11, 2024, Fort Myer moved for partial summary judgment, ECF No. 63, which Amerigal joined, ECF No. 64. On February 13, 2025, Plaintiffs and Capitol Paving jointly moved for an order approving their settlement of the non-FLSA claims. ECF No. 76. On April 30, 2025, Plaintiffs and Fort Myer subsequently moved for an order approving their settlement of the non-FLSA claims. ECF No. 79. On May 14, 2025, Plaintiffs and Amerigal filed a joint motion to approve a consent decree around the FLSA and state wage law claims. ECF No. 80. On May 19, 2025, the parties filed a Joint Status Report indicating that Plaintiffs had settled with all defendants except Ezequiel, in light of his bankruptcy, and indicated that upon approval of the settlement

agreements, "this case will be fully resolved aside from the Court retaining jurisdiction to enforce the settlements and consent decree." ECF No. 81.

On July 16, 2025, Magistrate Judge Faruqui issued a Report and Recommendation on the pending motions. ECF No. 82. Magistrate Judge Faruqui recommended that the Joint Motions for Approval of Settlements, *see* ECF Nos. 76, 79, be DENIED, the Joint Motion for Approval of Amerigal Consent Decree, *see* ECF No. 80, be GRANTED in part, and the Motion for Partial Summary Judgment by Fort Myer, *see* ECF No. 63, be DENIED as moot. The parties did not object to Magistrate Judge Faruqui's Report and Recommendation within 14 days. *See* Fed. R. Civ. P. 72(b).

In the absence of any objection, the court hereby ADOPTS the report and ACCEPTS the recommendations of Magistrate Judge Faruqui. For the reasons set forth in the Report and Recommendation, ECF No. 82, the Joint Motions for Approval of Settlements, *see* ECF Nos. 76, 79, are DENIED; and the Joint Motion for Approval of Amerigal Consent Decree, *see* ECF No. 80, is GRANTED in part and DENIED in part. The Amerigal Consent Decree is GRANTED as to the wage-and-hour terms but DENIED as to terms that do not directly pertain to the payment of wages. Finally, the Motion for Partial Summary Judgment by Fort Myer, *see* ECF No. 63, is DENIED as MOOT.

Date: August 6, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge